IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TAYLOR CORPORATION, | ) | Civil No. 08-CV-3141 (JMR/JJG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| ORIENTAL TRADING COMPANY, INC., | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that plaintiff Taylor Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice and on the merits, without further costs to either party.

Dated: October 8, 2008.

                                        GRAY, PLANT, MOOTY,
                                          MOOTY & BENNETT, P.A.


                                       By     s/Laura J. Hein
                                                  Laura J. Hein
                                                  Attorney No. 155160
                                      Attorneys for Plaintiff
                                      500 IDS Center
                                      80 South Eighth Street
                                      Minneapolis, MN 55402-3796
                                      Telephone: (612) 632-3000
                                      Telecopier: (612) 632-4444

GP:2448574 v1